**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| E.P., <br><br>     *Plaintiff*, <br><br> v. <br><br> G6 HOSPITALITY, LLC, *et al.*, <br><br>     *Defendants*. | Case No. 1:26-cv-02610-TWT-RDC |

**NOTICE OF APPEARANCE OF COUNSEL**

Peter B. Rutledge of Taft Stettinius & Hollister LLP hereby gives notice of his appearance as counsel for Andersen, Tate & Carr P.C. in the above-referenced action.

Respectfully submitted this 14th day of May 2026,

By:    */s/ Peter B. Rutledge*
Peter B. Rutledge
Georgia Bar Number: 955349
TAFT STETTINIUS & HOLLISTER LLP
3343 Peachtree Rd NE
1600 Atlanta Financial Center
Atlanta, GA 30326
T: 404 364 3176
F: 404 365 9532
brutledge@taftlaw.com
*Counsel for Andersen, Tate & Carr P.C.*

1

## CERTIFICATE OF SERVICE

I hereby certify that on 14 May 2026, I caused the foregoing document to be served on the CM/ECF system, which will send a notice of electronic filing to all counsel or parties of record.

_____/s/ Peter B. Rutledge_____
Peter B. Rutledge