# Exhibit A

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

E.P,

     Plaintiff,

v.

G6 HOSPITALITY, LLC; G6
HOSPITALITY PROPERTY, LLC;
MOTEL 6 OPERATING, L.P.,

     Defendants.

CIVIL ACTION FILE
NO. 1:26-cv-02610-TWT-RDC

## <u>DECLARATION OF JONATHAN TONGE</u>

Jonathan Tonge, pursuant to 28 U.S.C. § 1746, and subject to the penalties of perjury declares as follows:

1.    My name is Jonathan Tonge. I am an attorney admitted to practice in this Court and Counsel for Plaintiff E.P. and non-party witness A.M., whose identity is at issue in the filed Emergency Motion for Protective Order in this action.

2.    Non-party witness A.M., by and through Counsel, hereby consents to the jurisdiction of the Eastern District of Texas where the underlying case, *E.P. v. G6 Hospitality, LLC, et al.*, Case No. 4:24-cv-00216, is pending.

3.    A.M. expressly consents to the personal jurisdiction of the Eastern District of Texas related to the adjudication of this enforcement action and the enforcement authority of that court regarding this enforcement action.

I have read this Declaration consisting of 3 numbered paragraphs and I declare under penalty of perjury that it is true and correct.

Executed on May 14, 2026.

/s/ Jonathan S. Tonge
Jonathan S. Tonge
Ga. Bar No. 303999