# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| E.P., <br><br>     *Plaintiff*, <br><br> v. <br><br> G6 HOSPITALITY, LLC, *et al.*, <br><br>     *Defendants*. | Case No. 1:26-cv-02610-TWT-RDC |

## PROPOSED ORDER

Before the Court is Nonparty A.M.'s Motion to Transfer Defendants' Motion to Compel and for Order to Show Cause. A.M. consents to the transfer, and exceptional circumstances exist to support transfer under Rule 45(f). Upon consideration and for good cause shown, the Motion to Transfer is **GRANTED.** The Court hereby ORDERS Defendants' Motion be transferred to the underlying action in the Eastern District of Texas, *E.P. v. G6 Hospitality, LLC, et al.*, CIVIL ACTION NO. 4:24-cv-00216.

**SO ORDERED**, this ___ day of _____, _____.

_____
HONORABLE THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE

1