# Exhibit A
# will be filed under seal