# Exhibit B
# will be filed under seal