IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

E.P.,

　　*Plaintiff*,

v.

G6 HOSPITALITY, LLC, *et al.*,

　　*Defendants*.

Case No. 1:26-cv-02610-TWT-RDC

**MOTION TO FILE DOCUMENTS UNDER SEAL
AND BRIEF IN SUPPORT**

Pursuant to Federal Rule of Civil Procedure 5.2(d), and as required by the applicable Protective Order in the underlying case, *E.P. v. G6 Hosp., LLC, et al.*, 4:24-cv-00216, Dkt. 53 (E.D. Tex. May 1, 2025), Plaintiff E.P. respectfully moves to file under seal the Opposition to Defendants' Motion to Compel and Motion to Show Cause. In support of this Motion to Seal, Plaintiff states as follows:

1.　On May 1, 2025, the Court in the underlying case entered an Amended Protective Order ("PO") to facilitate the exchange of confidential information in this case. Dkt. 53.

2.　The PO protects "Plaintiff's Identity," defined as "(i) names and aliases used by Plaintiff at any time; (ii) Plaintiff's date of birth; (iii) Plaintiff's social security number; (iv) Plaintiff's current and prior residential addresses; (v)

1

Plaintiff's phone numbers and social media or online user account names; (vi)

Plaintiff's phone numbers and social media or online user account names;

3.      The PO also protects "Confidential Information," defined as "Discovery

Material (regardless of how it is generated, stored or maintained) or tangible things that

contain: (i) potentially sensitive personal identifying or financial information, including

but not limited to, dates of birth, social security numbers, phone numbers, employment

histories, or credit card information; (ii) any trade secret, confidential research,

development, commercial, or competitively sensitive information, as such terms are

used in Rule 26(c)(1)(G) of the Federal Rules of Civil Procedure; (iii) any material

prohibited from disclosure by statute or Court Order but is nonetheless discoverable"

*Id.* § I(E). Discovery Material that is designated "CONFIDENTIAL" is considered

"Protected Material" under the PO. *Id.* § I(M).

4.      Plaintiff now files an opposition  to Defendants' Motion to Compel

and For Order to Show Cause, which memorandum in support cites to and attaches

as an exhibit which has been designated "CONFIDENTIAL" under the PO and cites

to a witness deposition which has been designated as confidential.

5.      Accordingly, to comply with the PO in this case, the Plaintiff requests

that the Court allow Plaintiff to file the portions of the opposition  to Defendants'

Motion to Compel and For Order to Show Cause which quote Confidential

Discovery Material, and the confidential exhibit thereto, under seal.

WHEREFORE, Plaintiff respectfully request that the Court grant this Motion and Order that the portions of the opposition to Defendants' Motion to Compel and For Order to Show Cause which quote Confidential Discovery Material, and the confidential exhibit thereto, be filed under seal.

Respectfully submitted this 15th day of May 2026,

By:    ___/s/  Peter B. Rutledge___
Peter B. Rutledge
Georgia Bar Number:  955349
TAFT STETTINIUS & HOLLISTER LLP
3343 Peachtree Rd NE
1600 Atlanta Financial Center
Atlanta, GA 30326
T: 404 364 3176
F: 404 365 9532
brutledge@taftlaw.com
*Counsel for Andersen, Tate & Carr P.C.*

Patrick J. McDonough
Georgia Bar Number:  489855
Jonathan S. Tonge
Georgia Bar Number: 303999
Jennifer M. Webster
Georgia Bar Number: 760381
ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, GA 30097
T: 770 822 0900
F: 770 822 9680
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com
jwebster@atclawfirm.com
*Counsel for Nonparty A.M.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on 15 May 2026, I caused the foregoing document to be served on the CM/ECF system, which will send a notice of electronic filing to all counsel or parties of record.

_____/s/ Peter B. Rutledge_____
Peter B. Rutledge