# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

|  |  |
|---|---|
| E.P., | |
| *Plaintiff,* | |
| v. | Case No. 1:26-cv-02610-TWT-RDC |
| G6 HOSPITALITY, LLC, *et al.,* | |
| *Defendants.* | |

## PROPOSED ORDER

The Court, having considered Andersen, Tate & Carr P.C.'s Motion for Leave to File Documents Under Seal (the "Motion"), hereby **ORDERS** that the Motion is **GRANTED.**

It is hereby **ORDERED** that the portions of Andersen, Tate & Carr's Response in Opposition to Defendants' Motion to Compel and For Order to Show Cause filed provisionally under seal, and any accompanying exhibits thereto, filed provisionally under seal, be filed under seal.

**SO ORDERED**, this ___ day of _____, 2026.

_____
HONORABLE THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE

1