# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|  |  |
|---|---|
| E.P. <br><br> *Plaintiff,* <br><br> v. <br><br> G6 Hospitality, LLC; <br> G6 Hospitality Property, LLC; <br> Motel 6 Operating, L.P., <br><br> *Defendants.* | Case No. 1:26-cv-00082-TWT-RDC |

## DECLARATION OF ANA MARIA CRISTINA PEREZ SOTO

I, Ana María Cristina Pérez Soto, declare as follows:

1.     I am a partner at Jones Day and serve as counsel of record for G6 Hospitality, LLC, G6 Hospitality Property, LLC, and Motel 6 Operating L.P. (collectively, "G6") in the underlying action. I have also filed a motion to appear *pro hac vice* in this district.

2.     I am providing this declaration in support of the G6's Opposition to the Motion to Transfer filed in this matter, as I have personal knowledge of the matters referred to herein and, if called upon to testify, I could and would competently testify to each of the facts set forth below.

1

3.      Exhibit A to this Declaration is a true and correct copy of an email sent by Jonathan Tonge to my colleague Laura Frantz on March 20, 2026 regarding the location of A.M.'s deposition.

4.      Exhibit B to this Declaration is a true and correct copy of correspondence between the parties relating to the instant Motion to Transfer. In that correspondence, my colleague Laura Frantz explicitly asked Mr. Tonge whether A.M. herself wanted the motion to compel transferred away from her home district to the Eastern District of Texas. Mr. Tonge replied that he would "not get into an extended debate over this" and declined to articulate A.M.'s interest.

5.      Exhibit C to this Declaration is a true and correct copy of an email sent by my colleague Kristina Katz Cercone on February 24, 2026 regarding the parties' stipulation as to trial depositions.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 20, 2026.

By: */s/ Ana María Cristina Pérez Soto*
Ana María Cristina Pérez Soto

2

# EXHIBIT A

| | |
|---|---|
| **From:** | Jonathan S. Tonge <jtonge@atclawfirm.com> |
| **Sent:** | Friday, March 20, 2026 11:33 AM |
| **To:** | Frantz, Laura |
| **Cc:** | David Bouchard; Oto Ekpo; Pat McDonough; Jennifer M. Webster; Ron Estefan; Melissa Millen; Nicole Archambault; Cercone, Kristina Katz; Biesenthal, Bethany K.; Wallace, Kate; Tomlinson, William; Fahrendorff, Natalie L. |
| **Subject:** | RE: Subpoena Notices \| E.P. v. G6 Hospitality LLC, et al, Case No. 4:24-cv-00216 (E.D. Tex.) |

**This Message Is From an External Sender**

If you are concerned about the message's content, highlight the email in your inbox and click "Report Suspicious" in the Outlook ribbon -or- contact 6Help.

Report Suspicious

Laura,

We are not available on 3/26 and had no reason to think there was a need to be until yesterday. I asked for confirmation of 3/27 and the location over two weeks ago and no one responded to me for over two weeks. Until yesterday. I honestly thought the deposition must be off for some reason. It doesn't make any sense that after I informed Defendant of Ms. ▮▮▮▮ availability, and knowing that was a date everyone was available for the deposition, Defendant would choose to schedule a different deponent at a different location on the same day if it couldn't accommodate the deposition it had already been informed of.

I can't agree to Ms. ▮▮▮▮ being deposed at your office. There are several reasons why. Just as a matter of custom, I've done over 80 of these cases and never once has a defendant asked my client to be deposed anywhere other than my office. But setting that aside, one of the primary reasons I started doing this work was to provide better, trauma-informed representation to sex trafficking victims, who did not have access to such a thing before we started our practice in 2019. The goal is to avoid unnecessary re-traumatization and create a sense of psychological safety. That sense of familiarity and safety reduces trauma victims' distress and improves mental functioning, i.e., the ability to testify is improved by the survivor feeling safe.

This is not about convenience, it is about harm prevention to, here, a third-party witness. Some of the factors that help trauma victims feel safe include feeling a sense of control over and familiarity with the physical space, having a safe room where the trauma victim feels they have privacy and control away from any perceived antagonistic party; and providing the survivor with free choice about spaces and their physical and psychological safety that an unknown and uncontrollable office environment do not. Sex trafficking victims have been exploited (in Ms. ▮▮▮▮ case, for years) at a fundamental level because they had a lack of control over their physical body and sense of self imposed upon them by others. Demanding a deposition occur at a new and strange environment triggers that same sense of a lack of control, which triggers distress, anxiety, and makes providing the testimony Defendant seeks much more difficult and traumatic than it needs to be. A familiar environment increases physical and emotional self-regulation, the accuracy of testimony, and the ability to participate more meaningfully than in a fight or

1

flight psychological state triggered by an unfamiliar environment. (If you would like to read more on this, there are some excellent resources here, here, here, here, and here. This book is very good as well.)

All that to say, I must insist on the deposition of Ms. ███████ occurring at my office. There seem to be enough lawyers on this email to handle two depositions in a day. But if not, I am happy to arrange for Ms. ███████ to participate in a deposition from my office via Zoom so that physical location is not an issue at all. Please let me know which you prefer and what time the deposition will begin.

Thanks,

Jon

**Jonathan S. Tonge**
**Partner**

Tel:  770-822-0900
Fax:  770-236-9784
Email: jtonge@atclawfirm.com



ANDERSEN | TATE | CARR
A FULL SERVICE GEORGIA LAW FIRM

**From:** Frantz, Laura <lfrantz@jonesday.com>
**Sent:** Thursday, March 19, 2026 3:38 PM
**To:** Jonathan S. Tonge <jtonge@atclawfirm.com>
**Cc:** David Bouchard <david@finchmccranie.com>; Oto Ekpo <oto@finchmccranie.com>; Pat McDonough <pmcdonough@atclawfirm.com>; Jennifer M. Webster <jwebster@atclawfirm.com>; Ron Estefan <ron@ronestefanlaw.com>; Melissa Millen <mmillen@finchmccranie.com>; Nicole Archambault <narchambault@finchmccranie.com>; Cercone, Kristina Katz <kcercone@jonesday.com>; Biesenthal, Bethany K. <bbiesenthal@jonesday.com>; Wallace, Kate <kwallace@jonesday.com>; Tomlinson, William <wtomlinson@jonesday.com>; Fahrendorff, Natalie L. <nfahrendorff@jonesday.com>
**Subject:** RE: Subpoena Notices | E.P. v. G6 Hospitality LLC, et al, Case No. 4:24-cv-00216 (E.D. Tex.)

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Counsel –

Please see attached proof of service of the subpoenas on Calvin King and Derrick Fitzgerald. We will move forward with these depositions and the deposition of Ms. ███████ next week.

Jon, Mr. Fitzgerald's deposition is set for the Friday, 3/27 at 9 am ET. If Ms. ███████ is only available on 3/27, we will need the deposition to proceed at our office at 1 pm ET to accommodate both depositions. If Ms. ███████ is available on 3/26, we can proceed at your office. Please let us know.

Thanks,
Laura

Laura Frantz

Associate
**JONES DAY® - One Firm Worldwide®**
150 W. Jefferson, Suite 2100
Detroit, MI 48226-4438
Office +1.313.230.7949

---

**From:** Jonathan S. Tonge <jtonge@atclawfirm.com>
**Sent:** Wednesday, March 4, 2026 9:56 AM
**To:** Frantz, Laura <lfrantz@jonesday.com>
**Cc:** David Bouchard <david@finchmccranie.com>; Oto Ekpo <oto@finchmccranie.com>; Pat McDonough <pmcdonough@atclawfirm.com>; Jennifer M. Webster <jwebster@atclawfirm.com>; Ron Estefan <ron@ronestefanlaw.com>; Melissa Millen <mmillen@finchmccranie.com>; Nicole Archambault <narchambault@finchmccranie.com>; Cercone, Kristina Katz <kcercone@jonesday.com>; Biesenthal, Bethany K. <bbiesenthal@jonesday.com>; Wallace, Kate <kwallace@jonesday.com>; Tomlinson, William <wtomlinson@jonesday.com>; Fahrendorff, Natalie L. <nfahrendorff@jonesday.com>
**Subject:** RE: Subpoena Notices | E.P. v. G6 Hospitality LLC, et al, Case No. 4:24-cv-00216 (E.D. Tex.)

Great. Ms.  can sit for her deposition at my office on 3/27. Please confirm.

---

**Jonathan S. Tonge**
**Partner**

Tel:   770-822-0900
Fax:   770-236-9784
Email: jtonge@atclawfirm.com


ANDERSEN | TATE | CARR
A FULL SERVICE GEORGIA LAW FIRM

---

**From:** Frantz, Laura <lfrantz@jonesday.com>
**Sent:** Monday, March 2, 2026 9:49 PM
**To:** Jonathan S. Tonge <jtonge@atclawfirm.com>
**Cc:** David Bouchard <david@finchmccranie.com>; Oto Ekpo <oto@finchmccranie.com>; Pat McDonough <pmcdonough@atclawfirm.com>; Jennifer M. Webster <jwebster@atclawfirm.com>; Ron Estefan <ron@ronestefanlaw.com>; Melissa Millen <mmillen@finchmccranie.com>; Nicole Archambault <narchambault@finchmccranie.com>; Cercone, Kristina Katz <kcercone@jonesday.com>; Biesenthal, Bethany K. <bbiesenthal@jonesday.com>; Wallace, Kate <kwallace@jonesday.com>; Tomlinson, William <wtomlinson@jonesday.com>; Fahrendorff, Natalie L. <nfahrendorff@jonesday.com>
**Subject:** RE: Subpoena Notices | E.P. v. G6 Hospitality LLC, et al, Case No. 4:24-cv-00216 (E.D. Tex.)


CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hi Jon –

Yes, we will withdraw request no. 1.

Best,
Laura

Laura Frantz
Associate

**JONES DAY® - One Firm Worldwide®**
150 W. Jefferson, Suite 2100
Detroit, MI 48226-4438
Office +1.313.230.7949

---

**From:** Jonathan S. Tonge <jtonge@atclawfirm.com>
**Sent:** Thursday, February 26, 2026 7:22 PM
**To:** Frantz, Laura <lfrantz@jonesday.com>
**Cc:** David Bouchard <david@finchmccranie.com>; Oto Ekpo <oto@finchmccranie.com>; Pat McDonough <pmcdonough@atclawfirm.com>; Jennifer M. Webster <jwebster@atclawfirm.com>; Ron Estefan <ron@ronestefanlaw.com>; Melissa Millen <mmillen@finchmccranie.com>; Nicole Archambault <narchambault@finchmccranie.com>; Cercone, Kristina Katz <kcercone@jonesday.com>; Biesenthal, Bethany K. <bbiesenthal@jonesday.com>; Wallace, Kate <kwallace@jonesday.com>; Tomlinson, William <wtomlinson@jonesday.com>; Fahrendorff, Natalie L. <nfahrendorff@jonesday.com>
**Subject:** Re: Subpoena Notices | E.P. v. G6 Hospitality LLC, et al, Case No. 4:24-cv-00216 (E.D. Tex.)

Sure. On the requests for production are you withdrawing number 1 where you seem to be explicitly requesting my client's communications with myself and my firm?

Jon

---

**Jonathan S. Tonge**
**Partner**



Tel:    770-822-0900
Email: jtonge@atclawfirm.com
Web:  www.atclawfirm.com

Andersen, Tate & Carr, P.C.
1960 Satellite Boulevard
Suite 4000
Duluth, Georgia   30097
Map and Directions

---

On Feb 26, 2026, at 5:38 PM, Frantz, Laura <lfrantz@jonesday.com> wrote:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Counsel –

Please see attached notices of subpoenas we intend to serve on , Angela Jones, Calvin King, Carmesha Pearson, Derrick Fitzgerald, Edward Bess, Janessia Taylor, Michelle Sloan, and Vivian Nguyen. The corresponding subpoenas are included.

Further, Pat and Jon, we understand you represent Ms. ████████ Will you accept service of her subpoena via email?

4

Best,
Laura

Laura Frantz
Associate
**JONES DAY® - One Firm Worldwide®**
150 W. Jefferson, Suite 2100
Detroit, MI 48226-4438
Office +1.313.230.7949

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***
<Notice of Subpoena - Calvin King.pdf>
<Notice of Subpoena - Carmesha Pearson.pdf>
<Notice of Subpoena - Derrick Fitzgerald.pdf>
<Notice of Subpoena - Edward Bess.pdf>
<Notice of Subpoena - Janessia Taylor.pdf>
<Notice of Subpoena - Michelle Sloan.pdf>
<Notice of Subpoena - Vivan Nguyen.pdf>
<Notice of Subpoena - █████████.pdf>
<Notice of Subpoena - Angela Jones.pdf>

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***
***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

# EXHIBIT B

| | |
|---|---|
| **From:** | Frantz, Laura |
| **Sent:** | Thursday, May 14, 2026 6:06 PM |
| **To:** | Jonathan S. Tonge; Thackston, Jacob J.; Pat McDonough |
| **Cc:** | Jennifer M. Webster; David Bouchard; Oto Ekpo; Melissa Millen; Nicole Archambault; Cercone, Kristina Katz; Perez Soto, Cristina; Clopton, Andrew J.; Tomlinson, William; Friedman, Craig S. |
| **Subject:** | RE: Motion to Transfer |

Thanks, Jon.  The rules plainly required G6 to file its motion in the district of compliance, which is the Northern District of Georgia.  And, in any event, G6 believes that court is best positioned to decide its motion.  You also have not explained why it is in Ms. ███████ own interests to transfer this motion to the Eastern District of Texas.  Therefore, we oppose any motion to transfer.

Laura Frantz
Associate
**JONES DAY® - One Firm Worldwide®**
150 W. Jefferson, Suite 2100
Detroit, MI 48226-4438
Office +1.313.230.7949

---

**From:** Jonathan S. Tonge <jtonge@atclawfirm.com>
**Sent:** Thursday, May 14, 2026 5:03 PM
**To:** Frantz, Laura <lfrantz@jonesday.com>; Thackston, Jacob J. <jthackston@jonesday.com>; Pat McDonough <pmcdonough@atclawfirm.com>
**Cc:** Jennifer M. Webster <jwebster@atclawfirm.com>; David Bouchard <david@finchmccranie.com>; Oto Ekpo <oto@finchmccranie.com>; Melissa Millen <mmillen@finchmccranie.com>; Nicole Archambault <narchambault@finchmccranie.com>; Cercone, Kristina Katz <kcercone@jonesday.com>; Perez Soto, Cristina <cperezsoto@jonesday.com>; Clopton, Andrew J. <aclopton@jonesday.com>; Tomlinson, William <wtomlinson@jonesday.com>; Friedman, Craig S. <csfriedman@jonesday.com>
**Subject:** Re: Motion to Transfer

> **This Message Is From an External Sender**
>
> If you are concerned about the message's content, highlight the email in your inbox and click "Report Suspicious" in the Outlook ribbon -or- contact 6Help.
>
> ⸤ Report Suspicious ⸥

All, thanks for your email.

Your motions forced this, and I will not get into an extended debate over this.  The non-movant's consent is all that's required.  *See, e.g., Mirza v. Yelp, Inc.,* No. 21-MC-80077-TSH, 2021 WL 2939922, at *3 (N.D. Cal. July 13, 2021) ("Rule 45(f) presents no bar whatsoever to the return of the matter to the Issuing Court where ... the nonparties subject to the subpoena consent to the transfer.").  Even if it had not been supplied, transfer would be justified under Rule 45(f).  *See, e.g., **Kompan A/S v. Bliss Product Servs., 2024 WL 4251291 (N.D. Ga.)** (magistrate judge):  the Texas Litigation has been pending for almost three years. (See Texas Litigation Dkt.) Discovery has expired, all parties have filed motions for summary judgment, and trial was recently postponed. (See Texas Litigation Dkt.) This duration and procedural

1

posture weigh in favor of transferring the motions to the Texas court.  And the magistrate judge has full authority to transfer.  *See, e.g., **Miller Construction Equipment Sales, 2016 WL 4067717 (SD GA):*** "Courts are in agreement that Rule 45(f) motions to transfer fall within the gambit of non-dispositive matters properly determined by a magistrate judge." Argento, 2015 WL 4918065 at * 2; see also id. ("The nondispositive nature of the resulting order is not altered by the fact that a Rule 45(f) motion to transfer comes before the Court in the context of a miscellaneous action based entirely on the disputed subpoenas, even though the resolution of the motion to transfer may be dispositive of the miscellaneous action and result in the administrative closing of that case.").

Thank you.  Please advise us by 6pm EST whether we can represent that the motion is unopposed.

Jon


Get Outlook for iOS

**Jonathan S. Tonge**
**Partner**

Tel:    770-822-0900
Email: jtonge@atclawfirm.com
Web:  www.atclawfirm.com

ANDERSEN | TATE | CARR
A FULL SERVICE GEORGIA LAW FIRM

Andersen, Tate & Carr, P.C.
1960 Satellite Boulevard
Suite 4000
Duluth, Georgia   30097
Map and Directions

---

**From:** Frantz, Laura <lfrantz@jonesday.com>
**Sent:** Thursday, May 14, 2026 3:48:01 PM
**To:** Jonathan S. Tonge <jtonge@atclawfirm.com>; Thackston, Jacob J. <jthackston@jonesday.com>; Pat McDonough <pmcdonough@atclawfirm.com>
**Cc:** Jennifer M. Webster <jwebster@atclawfirm.com>; David Bouchard <david@finchmccranie.com>; Oto Ekpo <oto@finchmccranie.com>; Melissa Millen <mmillen@finchmccranie.com>; Nicole Archambault <narchambault@finchmccranie.com>; Cercone, Kristina Katz <kcercone@jonesday.com>; Perez Soto, Cristina <cperezsoto@jonesday.com>; Clopton, Andrew J. <aclopton@jonesday.com>; Tomlinson, William <wtomlinson@jonesday.com>; Friedman, Craig S. <csfriedman@jonesday.com>
**Subject:** RE: Motion to Transfer


CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Are you representing that Ms.  wants the motion to compel transferred away from her home district to the Eastern District of Texas? Or is it your law firm that is requesting the transfer?  Could you also provide us with the caselaw citation(s) you believe support the transfer request?

Laura Frantz
Associate

**JONES DAY® - One Firm Worldwide®**
150 W. Jefferson, Suite 2100
Detroit, MI 48226-4438
Office +1.313.230.7949

---

**From:** Jonathan S. Tonge <jtonge@atclawfirm.com>
**Sent:** Wednesday, May 13, 2026 11:20 AM
**To:** Thackston, Jacob J. <jthackston@jonesday.com>; Pat McDonough <pmcdonough@atclawfirm.com>
**Cc:** Jennifer M. Webster <jwebster@atclawfirm.com>; David Bouchard <david@finchmccranie.com>; Oto Ekpo <oto@finchmccranie.com>; Melissa Millen <mmillen@finchmccranie.com>; Nicole Archambault <narchambault@finchmccranie.com>; Cercone, Kristina Katz <kcercone@jonesday.com>; Perez Soto, Cristina <cperezsoto@jonesday.com>; Frantz, Laura <lfrantz@jonesday.com>; Clopton, Andrew J. <aclopton@jonesday.com>; Tomlinson, William <wtomlinson@jonesday.com>; Friedman, Craig S. <csfriedman@jonesday.com>
**Subject:** Motion to Transfer

All,

We plan to ask the Atlanta court to transfer the subpoena/disqualification action to the trial court in Texas. That's where the subpoena was issued and that is the trial in which you are seeking to disqualify my firm. So I think it makes sense that the Texas court decide those issues. Please let me know if you consent or oppose transferring that action to E.D. Texas by 5 p.m. tomorrow as we are under a deadline to respond.

Thanks,

Jon

---

**Jonathan S. Tonge**
**Partner**

Tel:    770-822-0900
Fax:    770-236-9784
Email: jtonge@atclawfirm.com

**ANDERSEN | TATE | CARR**
A FULL SERVICE GEORGIA LAW FIRM

---

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

3

# EXHIBIT C

| | |
|---|---|
| **From:** | Cercone, Kristina Katz |
| **Sent:** | Tuesday, February 24, 2026 4:28 PM |
| **To:** | 'David Bouchard'; Frantz, Laura |
| **Cc:** | Oto Ekpo |
| **Subject:** | RE: EP v. Motel 6 // trial depositions |

David—

G6 is agreeable to the approach you lay out below for trial depositions so we can agree that all trial depositions must take place by July 22.

Apologies if I missed it, but can you please let us know what times you can be available for conferral tomorrow?

Thanks,
Kristi

Kristina Katz Cercone
Partner
**JONES DAY® - One Firm Worldwide℠**
110 N. Wacker Drive, Suite 4800
Chicago, Illinois 60606
Office +1.312.269.1587
kcercone@jonesday.com

**From:** David Bouchard <david@finchmccranie.com>
**Sent:** Monday, February 23, 2026 5:43 PM
**To:** Cercone, Kristina Katz <kcercone@jonesday.com>; Frantz, Laura <lfrantz@jonesday.com>
**Cc:** Oto Ekpo <oto@finchmccranie.com>
**Subject:** RE: EP v. Motel 6 // trial depositions

**This Message Is From an External Sender**

If you are concerned about the message's content, highlight the email in your inbox and click "Report Suspicious" in the Outlook ribbon -or- contact 6Help.

| Report Suspicious |
|---|

Good afternoon, Kristi—I'm following up. I raised this issue nearly a month ago. As a professional courtesy, and for basic planning purposes, please get back to me with your answer by Wednesday. If you are not going to agree, then I need to know that. Thank you.

Best regards,

David

**David Bouchard**
*Partner*
**E:** david@finchmccranie.com
**P:** 404-658-9070
**LI:** in/davidhbouchard
**Bio:** finchmccranie.com



**Atlanta**
229 Peachtree Street NE, Suite 2500
Atlanta, GA 30303

**Gwinnett**
3160 Main Street, Suite 102
Duluth, GA 30096

---

**From:** Cercone, Kristina Katz <kcercone@jonesday.com>
**Sent:** Thursday, January 29, 2026 8:06 PM
**To:** David Bouchard <david@finchmccranie.com>; Frantz, Laura <lfrantz@jonesday.com>
**Cc:** Oto Ekpo <oto@finchmccranie.com>
**Subject:** Re: EP v. Motel 6 // trial depositions

David—

Confirming receipt.  We're considering your position/proposal and will get back to you.

Best,
Kristi

Kristina Katz Cercone
Partner
**JONES DAY® - One Firm Worldwide℠**
110 N. Wacker Drive, Suite 4800
Chicago, Illinois 60606
Office +1.312.269.1587
kcercone@jonesday.com

---

**From:** David Bouchard <david@finchmccranie.com>
**Sent:** Thursday, January 29, 2026 6:36:10 PM
**To:** Cercone, Kristina Katz <kcercone@jonesday.com>; Frantz, Laura <lfrantz@jonesday.com>
**Cc:** Oto Ekpo <oto@finchmccranie.com>
**Subject:** RE: EP v. Motel 6 // trial depositions

Good evening, Kristi—

I'm following up on this email.  Please let me know.  Thank you.

Best regards,

David

**David Bouchard**
*Partner*
**E:** david@finchmccranie.com
**P:** 404-658-9070
**LI:** in/davidhbouchard
**Bio:** finchmccranie.com



**Atlanta**
229 Peachtree Street NE, Suite 2500
Atlanta, GA 30303

**Gwinnett**
3160 Main Street, Suite 102
Duluth, GA 30096

_____

**From:** David Bouchard
**Sent:** Monday, January 26, 2026 1:41 PM
**To:** Cercone, Kristina Katz <kcercone@jonesday.com>; Frantz, Laura <lfrantz@jonesday.com>
**Cc:** Oto Ekpo <oto@finchmccranie.com>
**Subject:** EP v. Motel 6 // trial depositions

Good afternoon, Kristi and Laura—The scheduling order sets a date by which "discovery" must be completed, but does not address the schedule for trial depositions. I propose that we agree that the parties are allowed to take trial depositions after the discovery deadline so long as the witness sitting for a trial deposition was disclosed before the discovery deadline. I would propose that the deadline to take any trial depositions be 7/22/26, which is the deadline in the scheduling order for the parties to "discuss witnesses who have to be presented by deposition."  That would leave the parties time to comply with the scheduling order's deadline of 8/19/26 to provide "deposition designations" "[f]or witnesses who are not going to be called live."

I believe it's in everyone's interest to be able to take trial depositions of disclosed witnesses after the discovery deadline. I'm comfortable proceeding with an agreement among counsel along these lines. I'm also happy to jointly move to amend the scheduling order to set a deadline of 7/22/26 for trial depositions with any designations due on 8/19/26.

Please let me know your thoughts. I'd like to make sure we're on the same page. Thank you.

Best regards,

David

**David Bouchard**
*Partner*
**E:** david@finchmccranie.com
**P:** 404-658-9070
**LI:** in/davidhbouchard
**Bio:** finchmccranie.com

3

<< OLE Object: Picture (Device Independent Bitmap) >>

**Atlanta**
229 Peachtree Street NE, Suite 2500
Atlanta, GA 30303

**Gwinnett**
3160 Main Street, Suite 102
Duluth, GA 30096

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.