**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|  |  |
|---|---|
| E.P.<br><br>    *Plaintiff*,<br><br>v.<br><br>G6 Hospitality, LLC;<br>G6 Hospitality Property, LLC;<br>Motel 6 Operating, L.P.,<br><br>    *Defendants*. | Case No. 1:26-cv-02610-TWT-RDC |

## G6 DEFENDANTS' UNOPPOSED MOTION TO FILE UNDER SEAL

Pursuant to Federal Rule of Civil Procedure 5.2(d), and as required by the applicable Protective Order in the underlying case, *E.P. v. G6 Hosp., LLC, et al.*, 4:24-cv-00216, Dkt. 53 (E.D. Tex. May 1, 2025), Defendants G6 Hospitality LLC, G6 Hospitality Property LLC, and Motel 6 Operating L.P. (collectively "G6 Defendants") respectfully move to file under seal their Reply in Support of their Motion to Compel. In support of this Motion to Seal, the G6 Defendants state as follows:

1.     On May 1, 2025, the Court in the underlying case entered an Amended Protective Order ("PO") to facilitate the exchange of confidential information in this case. Dkt. 53.

2.     The PO protects "Confidential Information," defined as "Discovery Material (regardless of how it is generated, stored or maintained) or tangible things

1

that contain: (i) potentially sensitive personal identifying or financial information, including but not limited to, dates of birth, social security numbers, phone numbers, employment histories, or credit card information; (ii) any trade secret, confidential research, development, commercial, or competitively sensitive information, as such terms are used in Rule 26(c)(1)(G) of the Federal Rules of Civil Procedure; (iii) any material prohibited from disclosure by statute or Court Order but is nonetheless discoverable" *Id.* § I(E). Discovery Material that is designated "CONFIDENTIAL" is considered "Protected Material" under the PO. *Id.* § I(M).

3.    The G6 Defendants now file a Reply in Support of their Motion to Compel (Dkt. 1), in which is quoted certain excerpts from the transcript of Respondent's deposition, which has been designated by Plaintiff as "CONFIDENTIAL" under the PO.

4.    Accordingly, to comply with the PO in the underlying case, the G6 Defendants request that the Court allow the G6 Defendants to file this reply, which includes Confidential Discovery Material, under seal.

5.    Plaintiff does not oppose this request.

WHEREFORE, the G6 Defendants respectfully request that the Court grant this Motion and Order that this reply be filed under seal.

Respectfully submitted this 27th day of May, 2026.

By: */s/ Ana Maria Cristina Perez Soto*

Ana Maria Cristina Perez Soto
(admitted *pro hac vice*)
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, FL 33131
T: 305.714.9700
F: 305.714.9799
cperezsoto@jonesday.com

*/s/ Craig S. Friedman*
Craig S. Friedman
JONES DAY
1221 Peachtree St., N.E. Suite 400
Atlanta, GA 30361
T: 404.521.3939
F: 404.581.8330
csfriedman@jonesday.com

*/s/ Laura Frantz*
Laura Frantz
(admitted *pro hac vice*)
JONES DAY
150 W. Jefferson Ave., Suite 2100
Detroit, MI 48226
T: 313.739.3939
F: 313.230.7997
lfrantz@jonesday.com

*Counsel for Defendants G6 Hospitality LLC,*
*G6 Hospitality Property LLC, and Motel 6 Operating L.P.*

3

## CERTIFICATE OF COMPLIANCE

Under Local Rule 7.1(D), I hereby certify that the foregoing filing complies

with the applicable font type and size requirements and is formatted in Times New

Roman 14-point font.

/s/ Craig S. Friedman
Craig S. Friedman