## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

E.P.

    *Plaintiff*,

v.

G6 Hospitality, LLC;
G6 Hospitality Property, LLC;
Motel 6 Operating, L.P.,

    *Defendants*.

Case No. 1:26-cv-02610-TWT-RDC

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO FILE UNDER SEAL

The Court, having considered Defendants G6 Hospitality LLC's, G6 Hospitality Property LLC's, and Motel 6 Operating L.P.'s Unopposed Motion to File Under Seal (the "Motion"), any responses and replies thereto, and all other pleadings on file, hereby **ORDERS** that the Motion is **GRANTED**.

It is therefore **ORDERED** that Defendants' reply in support of their Motion to Compel, filed provisionally under seal, be filed under seal.