IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

E.P.,

    Plaintiff,

v.

G6 HOSPITALITY, LLC, *et al.*,

    Defendants.

CIVIL ACTION NO.
1:26-cv-02610-TWT-RDC

## ORDER

Defendants have moved for leave to file their reply in support of their Motion to Compel under seal. (Doc. 26). The reply contains excerpts from the transcript of a third-party witness' deposition which has been designated as confidential by the protective order entered in the underlying case.[1] Plaintiff does not oppose the motion. In the Court's discretion and for good cause shown, Defendants' motion is **GRANTED**. The Clerk is **DIRECTED** to **PERMANENTLY SEAL** the reply and exhibit filed under Doc. 26.

IT IS SO **ORDERED** on this 28th day of May 2026.

REGINA D. CANNON
United States Magistrate Judge

---

[1] The protective order issued in the underlying case treats discovery material that has been deemed "confidential" as protected material. *E.P. v. G6 Hosp., LLC, et al.*, No. 4:24-cv-00216, Dkt. 53 § I(M) (E.D. Tex. May 1, 2025).